**Order entered September 19, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00698-CV

**PATRICIA STUCKENBERG, Appellant**

**V.**

**SHERMAN HOUSING AUTHORITY, Appellee**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2016-1-083CV**

## ORDER

Before the Court is appellant's September 15, 2017 pro se motion for an extension of time to file a brief. The clerk's record has been filed. The reporter's record is due October 5, 2017. Appellant's brief will be due thirty days after the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a)(2). Accordingly, we **DENY** appellant's motion as premature.

/s/     CRAIG STODDART
JUSTICE